**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| FABIO ECHEVERRI, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, INNOVIS DATA SOLUTIONS, INC., and SYNCHRONY FINANCIAL, INC., <br><br> Defendants. | Case No. 1:26-cv-22353-JB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Grant Edward Lavelle Schnell, Esq. of the law firm Goodwin Procter LLP hereby gives his notice of appearance in this case as counsel for Defendant Experian Information Solutions, Inc., and requests service of all notices, pleadings, and other papers filed and/or served in this case as required by the Federal Rules of Civil Procedure or by Order of the Court.

Respectfully submitted this 2nd day of June, 2026.

 */s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Email: gschnell@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*