**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**FABIO ECHEVERRI,**

     **Plaintiff,**

**v.**

                                     **Case No.: 1:26-cv-22353-JB**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC., EQUIFAX**
**INFORMATION SERVICES LLC,**
**INNOVIS DATA SOLUTIONS,**
**INC., and SYNCHRONY**
**FINANCIAL, INC.,**

     **Defendants.**

                              /

## JOINT NOTICE OF SETTLEMENT BETWEEN
## PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, FABIO ECHEVERRI and Defendant, EQUIFAX INFORMATION SERVICES, LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle.  As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: June 4, 2026

                       *Respectfully submitted*,

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

/s/ Eyal Eisig
Eyal Eisig, Esq.
FBN: 109438

*Counsel for Plaintiff*

**SEYFARTH SHAW, LLP**
2323 Ross Avenue, Suite 1660
Dallas, TX  75201
Telephone: (469) 608-6763

/s/ Ritika Singh
Ritika Singh, Esq.
FBN: 1016708
Email: risingh@seyfarth.com]

*Counsel for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 4, 2026, the foregoing was electronically filed

with the Clerk of Court using CM/ECF along with having served all counsel of record via

transmission of Electronic filing generated by CM/ECF.

/s/ Eyal Eisig
Eiman Sharmin, Esq.
FBN: 109438
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*