**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-22353-JB**

FABIO ECHEVERRI,

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. *et al.*,

      Defendants.

_____/

**ORDER REQUIRING STIPULATION OF DISMISSAL**
**AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement filed by Plaintiff and Defendant Equifax Information Services, LLC (the "Notice"), ECF No. [18]. Upon due consideration of the Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED** that Plaintiff and Defendant Equifax Information Services shall file a Joint Stipulation for Dismissal within **sixty (60) days** of the date of this Order.

**DONE AND ORDERED** in Miami, Florida, this 6th day of June, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**